UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>M.D. BITER, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 14-7723-SJO (KK)<br><br>ORDER TO SHOW CAUSE AS TO WHY PETITION SHOULD NOT BE CONSOLIDATED |

　　　　On October 6, 2014 petitioner purported to file a Petition for Writ of Habeas Corpus by a Person in State Custody herein, utilizing the approved Central District of California form for such petitions. Petitioner challenges his 2002 conviction for felony murder with an enhancement for principal armed with a firearm sustained in Los Angeles Superior Court. Petition ("Pet.") at 2. In the instant Petition, Petitioner presents a single ground for challenging his conviction, namely, the trial court applied an incorrect standard in ruling upon [petitioner's] motion for acquittal. Pet. at 5.

　　　　Petitioner acknowledges he has a pending petition which was filed in this District on September 4, 2014. Pet. at 4. See also Richson v. M. D Biter, CV 14-7276-SJO (KK). The previous petition filed by Petitioner also challenges his 2002 conviction for felony murder with an enhancement for principal armed with a firearm

sustained in Los Angeles Superior Court. Richson v. M. D Biter, CV 14-7276-SJO (KK) (Docket No. 1 at 2). In the previous petition, Petitioner presented five grounds for relief. Id. at 5-6.

Because Petitioner is challenging the same conviction, the Court finds consolidation of the actions to be appropriate. Thus, Petitioner is directed to file a response to this Order **no later than November 17, 2014**. Petitioner shall state whether he consents to the consolidation of his two petitions in which petitioner consented to consolidation. If Petitioner so consents, the low-number case which was filed first, Case Number SA CV 14-7276-SJO (KK), shall be the operative case and the Court shall provide Petitioner additional time in which to file an amended complaint incorporating all grounds he intends to raise.

DATED  November 3, 2014

HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE